**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **No. 26-cr-000011 (TJK)** |
| | ) | |
| **DEMARKCO CHAMBERS,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**MOTION TO TEMPORARILY MODIFY CONDITIONS OF RELEASE**

Demarkco Chambers, by and through counsel, respectfully requests that the Court permit him to attend a family reunion this Saturday, August 29, 2026. The family reunion will take place at Anacostia Park from 1:00 pm to 7:00 pm. Mr. Chambers first contacted pretrial services directly with this request, on Tuesday August 25, 2026, but pretrial instructed him that his attorney needed to seek permission from the Court. Pretrial notified the Office of the Federal Public Defender of Mr. Chambers's request, and undersigned counsel noticed his appearance shortly afterwards. Undersigned counsel spoke to Mr. Chambers's pretrial officer yesterday, who indicated that Mr. Chambers has not incurred any violations since his last court appearance and that it will defer to the Court regarding the requested modification. Undersigned counsel also reached out to the government yesterday about its position regarding this motion, and again before filing today, and counsel for the government noted that he would file the government's position with the court sometime today.

Respectfully Submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

*/s/ Adam Hassanein*
ADAM HASSANEIN
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500